■ Veronica G. Kelner et al., Appellants, v. City of New York et al., Respondents, et al., Defendant.—

Rabin, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.

■ K. G. Brown Manufacturing Co., Inc., Respondent, v. Cartonmatic Vending Co., Inc., et al., Appellants, et al., Defendant.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.